PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

United States Courts
Southern District of Texas
FILED

JUN 1 5 2026

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

Gabriel Luna # 01908943Y
Plaintiff's Name and ID Number

Ferguson Unit
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Maria G Hughes - 12120 Savage Dr.
Defendant's Name and Address midway Ty 75852

Bibi D. Danica - 12120 Savey Dr
Defendant's Name and Address  midway Ty 75852

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✔ NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1.   Approximate date of filing lawsuit: N/A

      2.   Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A

      3.   Court: (If federal, name the district; if state, name the county.) N/A

      4.   Cause number: N/A

      5.   Name of judge to whom case was assigned: N/A

      6.   Disposition: (Was the case dismissed, appealed, still pending?) N/A

      7.   Approximate date of disposition: N/A

2

II.    PLACE OF PRESENT CONFINEMENT: Powledge Unit

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES    ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: Gabreal Luna # 01908438    Powledge Unit
1400 FM 3452
Palestine, TX 75803

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Maria E Hughes, MD; Ferguson Unit - 12120 Savage DR
midway, TX 75852

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
refused to order walker, & catch crutches as prescribed by ortho Spine Surgen, (medication)

Defendant #2: Bibi D, Doria, APRN; Acrea - Ferguson Unit - 12120 Savege DR.
midway, TX. 75852

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
orderd medication w/o having Authorzation to order / denied walker

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was denied a walker after seeing Provider at UTMB by Dr Hugos and NP Danta at the Ferguson Unit (Galveston Hospital) Ortho spine Surgen

Standard Rolling Walker to assist with Gait + Belance
Gabapentin 300 mg 3X daily 2 refills start date 2-3-26
Methocarbomol 750 mg 3X daily 2 refills stat date 2-3-26

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

deliberate indefference: file law suit for refusing Dr Gloves orders spine Specielist

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.
Gabriel Chrestopher kuoa, Gabriel, Chris

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
0758399, 1012083, 1421104, 1908438    SID 05000335

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

    1.    Court that imposed sanctions (if federal, give the district and division): N/A

    2.    Case number: N/A

    3.    Approximate date sanctions were imposed: N/A

    4.    Have the sanctions been lifted or otherwise satisfied? N/A    ____YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?     _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _N/A_

2. Case number: _N/A_

3. Approximate date warning was issued: _N/A_

Executed on: _6/3/26_
DATE

_Gabriel Lune #01908438_
_Gabriel L       01908438_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _3ed_ day of _June_, 20 _26_.
(Day)                (month)              (year)

_Gabriel Lune #01908438_
_Gabriel L       01908438_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Luna, Gabriel (MRN 949489N) DOB: 02/04/1975 Encounter Date: 02/03/2026

**⊛ UTMB**
Health

# Luna, Gabriel

MRN: 949489N

**Office Visit** 2/3/2026
UTMB Health TDCJ Clinic
Orthopedics

Provider: Glover, James, MD (ORTHOPAEDIC SURGERY OF THE SPINE)
Primary diagnosis: Lumbar radiculopathy
Reason for Visit: Evaluation

**Progress Notes**

Glover, James, MD (STAFF) • ORTHOPAEDIC SURGERY OF THE SPINE

## Orthopedic Spine Surgery
### Clinic Note Attestation

Patient: Gabriel Luna                DOB: 2/4/1975                MRN:949489N

I have verified the progress note by our rotating resident, Dr. Shi, for history, physical exam, imaging studies, other tests, assessment and treatment plan documentation. I have personally re-performed the history and physical exam and the note reflects my personal interpretation of the available imaging studies and other tests which based the medical-decision-making activities of this patient's evaluation and management service.

Gabriel was seen today for evaluation.

Diagnoses and all orders for this visit:

**Lumbar radiculopathy**
- gabapentin 300 mg capsule; Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule in the evening.
- methocarbamoL 750 mg tablet; Take 1 tablet by mouth 3 times daily as needed (muscle spasms).
- MR Lumbar spine wo contrast; Future
- STANDARD WALKER WITH WHEELS

**Pain**
- XR Lumbar spine 2 vw; Future

Please see the resident's note for additional details.

Electronically Signed by:

J. Michael Glover MD, MBA, FAAOS
Assissant Professor Orthopaedic Spine Surgery
Department of Orthopaedic Surgery and Rehabilitation
2/3/2026
4:20 PM

Notice: Parts of this note were created using Dragon Medical One speech recognition dictation software. All attempts were made to correct any errors at the time of dictation. However, there may be some errors present in the transcription that were inadvertently overlooked during the dictation.

**Progress Notes**

Shi, Jeffrey Lu, MD (RESIDENT) • ORTHOPAEDIC SURGERY

**Orthopedic Surgery**
Clinic Note

Luna, Gabriel (MRN 949489N) DOB: 02/04/1975 Encounter Date: 02/03/2026

## HPI 02/03/26:

Gabriel Luna is a 50 year old male presenting with lower back pain, chronic worse in the last year. Has previously been seen in 2021 for RLE radiculopathy found to have a disc herniation on MRI which was treated with CSI with relief for about 6 months.

Notes progressive worsening pain, and primarily complains of LLE radiculopathy at this time. R leg is not that bad. Walks with a cane with difficulty. Notes numbness and tingling down LLE, primarily along lower medial and lateral leg to the foot. Notes weakness in LLE as well.

Has hx of prior L tibia fracture treated with IMN at OSH.

Denies any bowel/bladder dysfunction.

## PAST MEDICAL HISTORY
Past Medical History
No past medical history on file.
## PAST SURGICAL HISTORY
 has no past surgical history on file.
## FAMILY HISTORY
Family Hx
No family history on file.

## SOCIAL HISTORY
Social History
**Social History**
Tobacco Use
* Smoking status:        Former
    Current packs/day:    0.00
    Average packs/day:    0.3 packs/day for 15.0 years (3.8 ttl pk-yrs)
    Types:    Cigarettes
    Start date:    1987
    Quit date:    2002
    Years since quitting:    24.1
    Passive exposure:    Past
* Smokeless tobacco:    Never

## REVIEW OF SYSTEMS
See HPI

## CURRENT MEDS: Prior Meds
No current outpatient medications on file prior to visit.

No current facility-administered medications on file prior to visit.

## ALLERGIES: Allergies
No Known Allergies

## PHYSICAL EXAM
Ht 1.803 m (5' 11") | Wt 63.5 kg (140 lb) | BMI 19.53 kg/m²
**Gait and Balance**
    Ambulates with cane with significant pain on LLE

**Back**
Unable to flex due to pain
Extends to neutral with discomfort

**Lower Extremities**

| Strength | Right | Left |
|---|---|---|
| L2 (Hip flexion/iliopsoas) | 5/5 | 4/5 |
| L3 (Knee ext/quad/add) | 5/5 | 5/5 |
| L4 (Ankle dorsiflexion/TA) | 5/5 | 4/5 |
| L5 (Toe dorsiflexion/EHL) | 5/5 | 4/5 |
| S1 (Ankle Plantar flexion/GS) | 5/5 | 5/5 |

3/19/26, 11:35 AM

Luna, Gabriel (MRN 949489N) DOB: 02/04/1975 Encounter Date: 02/03/2026

| | | |
|---|---|---|
| **S2 (Toe flexion/FHL)** | 5/5 | 5/5 |

Reflexes

| | | |
|---|---|---|
| L4 (Patella/Quads) | 3+ | 3+ |
| S1 (Achilles) | 2+ | 2+ |
| Clonus | neg | neg |

| Sensation to light touch | Right | Left |
|---|---|---|
| L4- Medial foot/leg | Intact | altered |
| L5- Dorsal Foot | Intact | altered |
| S1-Lateral Foot | Intact | altered |

**Imaging:**
2/3/2026 XR L spine 2v: loss of disc height L5-S1, degenerative changes noted

No final results containing an impression from the past 30 days were found.

External Record Review:
Other Pertinent Unique tests:

The radiology image(s) were independently viewed and interpreted by faculty and myself.

**Assessment/Diagnosis:**

ICD-10-CM
**M54.16**
R52

1.   **Lumbar radiculopathy**
2.   Pain

50M with prior hx of R lumbar disc herniation who presents with progressive worsening low back pain and LLE radiculopathy concerning for neuroforaminal stenosis.

**Plan:**
- MRI L spine wo contrast
- Robaxin and gabapentin prescribed
- Recommend rolling walker to assist with gait at unit


- Fu after MRI

- All of the patient's questions and concerns were answered. The patient verbalized full understanding of the current condition, was satisfied and agreed to proceed with this plan.
- Advised patient to contact us with questions or concerns


-Restrictions:   [x ] cuff pass  [x ] medical shower pass  [ x]button up or zip up shirt
[x ] single leg [x ] bottom bunk/row [x ]crutch/brace/walker pass
[ ] single arm [ x] medically unassigned
[ ] unit nurse/MD do not remove splint/immobilizer/dressing
[ ] unit nurse/MD to keep splint/dressing clean/dry/intact


Jeffrey L. Shi, MD
Orthopaedic Surgery, PGY-4

Gabriel was seen today for evaluation.

Diagnoses and all orders for this visit:

**Lumbar radiculopathy**
-    gabapentin 300 mg capsule; Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule in the evening.
-    methocarbamoL 750 mg tablet; Take 1 tablet by mouth 3 times daily as needed (muscle spasms).
-    MR Lumbar spine wo contrast; Future
-    STANDARD WALKER WITH WHEELS

**Pain**
- XR Lumbar spine 2 vw; Future

## Other Notes

All notes

📝 Progress Notes from Longoria, Jacqueline A, LVN    📝 Progress Notes from Longoria, Jacqueline A, LVN

## Instructions

After Visit Summary (English Snapshot) - Automatic Snapshot taken 2/3/2026

## Additional Documentation

Vitals:      Ht 1.803 m (5' 11") Wt 63.5 kg (140 lb) BMI 19.53 kg/m² BSA 1.78 m²
             Pain Sc 10/10 (Loc: Back Lower) (Edu: Yes)
Flowsheets:  Fall Risk, Suicide Risk Screening, Patient Education, Facility Charge

## Communications

## Orders Placed

XR Lumbar spine 2 vw (Resulted 2/3/2026)
MR Lumbar spine wo contrast
STANDARD WALKER WITH WHEELS

## Medication Changes

As of 2/3/2026 10:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: gabapentin 300 mg capsule** | 2 | 2/3/2026 | 2/3/2026 |
| Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule in the evening. - Oral | | | |
| **Added: methocarbamoL 750 mg tablet** | 2 | 2/3/2026 | 2/3/2026 |
| Take 1 tablet by mouth 3 times daily as needed (muscle spasms). - Oral | | | |

## Medication List at End of Visit

As of 2/3/2026 10:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **gabapentin 300 mg capsule** | 2 | 2/3/2026 | 2/3/2026 |
| Take 1 capsule by mouth in the morning and 1 capsule at noon and 1 capsule in the evening. - Oral | | | |
| **methocarbamoL 750 mg tablet** | 2 | 2/3/2026 | 2/3/2026 |
| Take 1 tablet by mouth 3 times daily as needed (muscle spasms). - Oral | | | |

## Visit Diagnoses

Primary: **Lumbar radiculopathy** M54.16
**Pain** R52

## Account Info

| Account # | Financial Class | Enc/CSN # |
|---|---|---|
| LUNA,GABRIEL [1063274109] | Correctional Care [112] | 132925192 |